No. 581. GROSSMAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Ralph N. Strayhorn* and *E. C. Bryson, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Marshall Tamor Golding* for the United States. ■

No. 583. SANNER ET UX. *v.* TRUSTEES OF THE SHEPPARD & ENOCH PRATT HOSPITAL. C. A. 4th Cir. Certiorari denied. *D. Robert Cervera* for petitioners. *Norman P. Ramsey* for respondent. ■

No. 586. TRUJILLO-M *v.* BANK OF NOVA SCOTIA. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Michael M. Platzman* for petitioner. *Henry Harfield* for respondent.

No. 588. HLH PRODUCTS, DIVISION OF HUNT OIL CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Owen J. Neighbours* and *Robert W. Henderson* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent. ■

No. 589. MARXUACH *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Albert J. Krieger* and *Theodore Krieger* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States. ■

No. 178, Misc. GRUENWALD *v.* COHEN, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 2d Cir. Certiorari denied. *Edward Q. Carr* and *Julius C. Biervliet* for petitioner. *Solicitor General Griswold* for respondent. ■